# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DESROY DEHANEY,** § | |
| § | |
| **Plaintiff,** § | Civil Action No. 4:16-cv-01073 |
| § | |
| v. § | |
| § | |
| **MEDICREDIT, INC.** § | |
| § | |
| **Defendant.** § | |
| § | |

## JOINT STIPULATION TO DISMISS

COME NOW Plaintiff Desroy Dehaney and Defendant Medicredit, Inc., by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), herein jointly stipulate that they above-styled action shall be dismissed, with prejudice, with each party to pay their own attorneys' fees and costs.

Respectfully submitted this 15th day of November, 2016.

| | |
|---|---|
| */s/ Aimee Parsons* | */s/ Amy L. Bennecoff Ginsburg* |
| Aimee Parsons, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| SBOT:  24036229 | Kimmel & Silverman, P.C. |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 30 East Butler Pike |
| | Ambler, PA 19002 |
| 500 Dallas Street, Suite 3000 | Phone: (215) 540-8888 |
| Houston, TX 77002 | Fax: (877) 788-2864 |
| Phone: (713) 655-5768 | Email: aginsburg@creditlaw.com |
| Fax: (713) 655-0020 | Attorney for the Plaintiff |
| Aimee.parsons@ogletreedeakins.com | |
| Attorney for the Defendant | |

Date: November 15, 2016     Date: November 15, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 15th day of November, 2016:

Aimee B. Parsons, Esq.
Ogletree Deakins et al
500 Dallas, Ste. 3000
Houston, TX 77002
Phone:713-655-0855
Email: aimee.parsons@ogletreedeakins.com

                                      */s/ Amy L. Bennecoff Ginsburg*
                                      Amy L. Bennecoff Ginsburg, Esq.
                                      Kimmel & Silverman, P.C.
                                      30 East Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: aginsburg@creditlaw.com
                                      Attorney for the Plaintiff