United States District Court
Southern District of Texas
**ENTERED**
November 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DESROY DEHANEY,** § § | |
| Plaintiff, § | Civil Action No. 4:16-cv-01073 |
| § § | |
| v. § § | |
| **MEDICREDIT, INC.** § § | |
| Defendant. § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Desroy Dehaney and Defendant Medicredit, Inc., it is hereby ORDERED that this action is dismissed with prejudice. Each party shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

Signed this <u>15th</u> day of November, 2016 at Houston, Texas.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE